

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-16-00707-CV

Stephen **WELLINGTON**,
Appellant

v.

Carrie Lynn **WELLINGTON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1769-CV
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The appellant's motion for extension of time to file a motion for rehearing is granted. A motion for rehearing is due February 26, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court